

**ORDERED in the Southern District of Florida on February 14, 2017.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                    CASE NO.   17-11559-BKC-LMI

JUAN G. MARTINEZ,                            Chapter 13

         Debtor(s).
_____/

### ORDER SETTING HEARING AND SETTING DEADLINE
### TO FILE CREDIT COUNSELING CERTIFICATE

The Debtor in the above-styled case filed a Voluntary Petition on February 10, 2017 in which the Debtor requested a temporary waiver of the credit counseling requirement due to exigent circumstances (ECF #10).  The Court finds cause to schedule this matter for a hearing.  Therefore, it is

ORDERED as follows:

1.    This matter has been set for hearing before the **Honorable Laurel M. Isicoff** at the **United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North**

**Miami Avenue, Room 817/Courtroom 8, Miami, Florida 33128** on **March 7, 2017 at 9:00 a.m.  THE DEBTOR MUST ATTEND THIS HEARING.**

2. The Debtor shall obtain the required credit counseling and file a Certification of Budget and Credit Counseling with the Court **PRIOR TO THE HEARING**. Obtaining the required credit counseling prior to the hearing will not automatically result in the granting of the Motion if the motion is opposed. <u>Debtor, or, if applicable, Debtor's counsel, must attend the scheduled hearing even if the Certificate is filed prior to the hearing</u>. The Debtor may, under certain circumstances, be allowed to appear by phone. The Debtor must contact Noemi Sanabria, Judge Isicoff's courtroom deputy at (305) 714-1877 to make arrangements, at least two (2) business days before the scheduled hearing.

3. The Debtor shall be granted an extension of time to correct or cure other filing deficiencies, as required by any separate Notice of Deficiency but all missing documents must be filed **PRIOR TO THE HEARING, except that the Debtor MUST file the creditor matrix prior to whatever deadline has been previously set by the Court or the case will be dismissed.**

4. This Order will serve as notice to creditors that if they wish to oppose the Motion, or assert that the Debtor's petition should be dismissed for failure to complete credit counseling prepetition, they must file a written objection prior to the hearing. Failure to file an objection prior to the hearing will be deemed a waiver of any such objection and right to seek dismissal of this case on the basis of the Debtor's failure to complete credit counseling prepetition.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by *pro hac vice* order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also

be admitted to practice in the Southern District of Florida or be authorized to appear by *pro hac vice* order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072−2.**

###

Copies furnished to:
Carolina A. Lombardi, Esq.

*The clerk of court shall serve a conformed copy of this order upon all parties in interest.*