United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 17-11559-LMI
Juan G Martinez                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1           User: idabarr            Page 1 of 1            Date Rcvd: Feb 28, 2017
                               Form ID: pdf004          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.
db            +Juan G Martinez,    8270 SW 27 Lane,    Miami, FL 33155-2464
93925014      +Chase Mortgage,    P.O. Box 24696,    Columbus, OH 43224-0696
93915317      +Esteban and Miriam Calvo,    c/o Sari L. gottlieg, Esquire,    Gottlieb and Gottlieb P.A.,
                125 North 46 AVenue,    Hollywood, FL 33021-6601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:
              Carolina A Lombardi    on behalf of Debtor Juan G Martinez CLombardi@legalservicesmiami.org,
               pberrios@legalservicesmiami.org;pleadings@legalservicesmiami.org
              Nancy K. Neidich     e2c8f01@ch13herkert.com,    ecf2@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Steven G. Powrozek, Esq.    on behalf of Creditor    JPMorgan Chase Bank, National Association
               spowrozek@logs.com,    electronicbankruptcynotices@logs.com
                                                                                             TOTAL: 4



**ORDERED in the Southern District of Florida on February 27, 2017.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              CASE NO.    17-11559-BKC-LMI

JUAN G. MARTINEZ,                                   Chapter 13

            Debtor.
_____/

**ORDER GRANTING DEBTOR'S REQUEST FOR WAIVER OF CREDIT
COUNSELING REQUIREMENT(DISABILITY)**

THIS CAUSE came before the Court on Debtor's the Motion to Waive Requirement of Credit Counseling of the Debtor, Juan G. Martinez (ECF #10, 21) for determination that debtor is not required to receive credit counseling. Upon review, this Court has determined that the Debtor's statement is a Certification of Disability that Merits a Waiver of the Requirement to Obtain Budget and Credit Counseling Prior to Filing.

Pursuant to 11 U.S.C. §109(h)(4), a court may waive the requirement to obtain budget and credit counseling prior to filing when the debtor is unable to complete the requirement due to disability. According to the statute, disability means that the debtor is so physically impaired as to be

CASE NO.   17-11559-BKC-LMI

unable, after reasonable effort, to participate in an in person, telephone, or Internet briefing, as required by 11 U.S.C §109(h)(1). In the motion, it was stated that the Debtor is suffering from Hodgkins Lymphoma and that these impairments make him unable to participate in credit counseling. Based on the information provided, the Court has determined that the Debtor, Juan G. Martinez is disabled, as defined in 11 U.S.C. §109(h)(4). Accordingly, it is

**ORDERED** that the Pre-Petition Budget and Credit Counseling requirement is WAIVED.

###

*The Clerk of Court shall serve a copy of this Order on all creditors and interested parties.*