**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:   Juan G. Martinez                              Case No:  17-11559
                                                       Chapter 13

_____Debtor_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Requested Disposition |
|---|---|---|---|
| 1-1 | Esteban Calvo Miriam Calvo | $15,728.30 | ** See Details Below |

** Debtor objects to this claim for the following reasons:

1. Creditor claims $2,700.62 in interest for the time period from February 1, 2014, to February 8, 2017. This is incorrect. The correct amount of interest is $2,289.60.

2. Creditor claims $6,075 in attorney's fees. As part of the total attorney's fees, creditor claims 12.5 hours at $350.00 an hour, for a total of $4,375.00 for the preparation and filing of a routine, one-count, 19 paragraph foreclosure complaint with no litigation. This amount is unreasonable. A more reasonable amount, based on the time and labor required, the novelty and difficulty of the question involved, and the skill requisite to perform the legal service properly, would be $1,200.

3. The mortgage matures during the life of the Plan and pursuant to 11 USC § 1322 (c) (2) the Debtor is modifying the mortgage to 3.75%.

Recommended disposition is that the creditors' claim be reduced to $12,142.28 at 3.75% interest.

LF-67 ( rev. 12/01/09)

    The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Dated this March 27, 2017.

                                            Respectfully submitted,
                                            LEGAL SERVICES OF GREATER MIAMI, INC.

                                            By         /s/                    
                                            Carolina A. Lombardi
                                            Florida Bar No. 241970
                                            Attorney for Debtor
                                            4343 West Flagler Street
                                            Suite 100
                                            Miami, FL 33134
                                            Telephone and Facsimile: (305) 438-2427
                                            Email: CLombardi@legalservicesmiami.org
                                            Alt: PBerrios@legalservicesmiami.org

LF-67 ( rev. 12/01/09)