UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Juan G. Martinez                                        Case No:   17-11559
                                                                 Chapter 13

_____Debtor_____/

## OBJECTION TO CLAIM
### IMPORTANT NOTICE TO CREDITOR:
### THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection a hearing on this objection will be scheduled for the confirmation hearing on August 8, 2017.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 3-1 | JPMorgan Chase | $1037.55 | Debtor is current on all mortgage payments which are automatically deducted from his bank account. Debtor has received a notice of mortgage payment increase effective August 1, 2017, and Debtor does not have prepetition arrears. Debtor recommends that the Debtor's Objection be sustained and the claim stricken. |

Dated June 29, 2017.

LEGAL SERVICES OF GREATER
MIAMI, INC.

By _____/s/_____
Carolina A. Lombardi
Florida Bar No.  241970
Attorney for Debtor
4343 West Flagler Street Suite 100
Miami, FL 33134
Telephone and Facsimile: (305) 438-2427
Email: CLombardi@legalservicesmiami.org
Alt: MCabrera@legalservicesmiami.org