

ORDERED in the Southern District of Florida on October 1, 2017.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Juan G. Martinez                                 Case No:   17-11559
                                                          Chapter 13

_____Debtor_____/

### AGREED ORDER ON DEBTOR'S OBJECTION (DE32) TO PROOF OF CLAIM OF ESTEBAN AND MIRIAM CALVO AND CANCELLATION OF SPECIALLY SET OCTOBER 31, 2017, EVIDENTIARY HEARING

The parties having advised the Court that they have reached an agreement on Debtor's Objection (DE32) to Esteban and Miriam Calvo's Proof of Claim 1, accordingly it is ORDERED that:

1. The Calvos' claim is $13,935.29 at 5.5% interest.

2. The evidentiary hearing specially set for October 31, 2017, is cancelled.

# # #

Submitted by:

Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtor
4343 West Flagler Street #100
Miami, FL 33134
Telephone and Facsimile: 305-438-2427
Email: CLombardi@legalservicesmiami.org
Alt.: MCabrera@legalservicesmiami.org


Carolina A. Lombardi is directed to serve
copies of this order on the parties
listed and file a certificate of service.